E. J. HANSEN ELEVATOR, INC. v. HERBERT STOLL ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is dismissed.

No appearance for the appellee (plaintiff).

*William M. Ivler,* for the appellants (defendants).

Argued October 2—decided October 2, 1973

UNITED BANK AND TRUST COMPANY v. VICOMTESSE MARTHA deRICHEMONT ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*John W. Lemega,* for the appellee (plaintiff).

*John B. Willard,* for the appellants (defendants).

Argued October 2—decided October 2, 1973

EVA I. R. BEDIZEL v. METIN BEDIZEL

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Charles H. Fischer, Jr.,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued October 2—decided October 2, 1973

CAREN J. CUTLER v. BURTON CUTLER

The defendant's motion to dismiss the appeal from the Superior Court in New London County is granted.

*Francis J. Foley III,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued October 2—decided October 2, 1973